UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

WESTERN DIVISION

| | | |
|---|---|---|
| HERB LAIR, | ) | No. 4:09-cv-00405-JLH |
| | ) | |
| Plaintiff, | ) | <u>CLASS ACTION</u> |
| | ) | |
| vs. | ) | THE PENSION FUNDS' NOTICE OF |
| | ) | UNOPPOSED MOTION FOR |
| PAUL G. ALLEN, et al., | ) | APPOINTMENT AS LEAD PLAINTIFF |
| | ) | |
| Defendants. | ) | |
| | ) | |

Class members Iron Workers Local No. 25 Pension Fund, Indiana Laborers Pension Fund and Iron Workers District Council of Western New York and Vicinity Pension Fund (collectively, the "Pension Funds") respectfully give notice that their Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel (the "Motion") is unopposed.

On July 31, 2009, three motions were filed seeking appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). *See* Docket #2, 6, 9. On August 12, 2009, the Charter Investment Group filed a Notice of Withdrawal of their Motion, recognizing that "they do not possess the largest financial interest among the other lead plaintiff movants" and that the "other movants appear to be represented by qualified counsel." *See* Docket #13. Then, on August 14, 2009, the New Jersey Building Laborers Pension and Annuity Funds filed a Response noting that they "do not possess the largest financial interest in this litigation." *See* Docket #14. As such, the Pension Funds' Motion is unopposed.

The Pension Funds are the class members with the "largest financial interest in the relief sought by the class" who "otherwise satisf[y] the requirements of Rule 23." 15 U.S.C. §78u-4(a)(3)(B)(iii)(I); *see also* Docket #6-8. There has been no "proof by a member of the purported plaintiff class" submitted that the Pension Funds are not the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii)(II); *see also* Docket #13-14.

Because the Pension Funds' motion is unopposed, they should be appointed as Lead Plaintiff and their selection of Lead Counsel should be approved.

| | |
|---|---|
| DATED:  August 14, 2009 | Respectfully submitted, |

THE ASA HUTCHINSON LAW GROUP, PLC
W. ASA HUTCHINSON III
Arkansas Bar No. 2001115


          s/ W. ASA HUTCHINSON III
            W. ASA HUTCHINSON III

World Trade Center
3300 Market Street, Suite 404
Rogers, AR  72758
Telephone:  479/878-1600

[Proposed] Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
JAMES I. JACONETTE
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiff

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI  48075-1000
Telephone:  248/746-0700
248/746-2760 (fax)

Additional Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 14, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List, and to:

Legal Department
Charter Communications, Inc.
12405 Powerscourt Drive, Suite 100
St. Louis, MO  63131

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 14, 2009.

                                                 /s/ W. ASA HUTCHINSON III
                                                 W. ASA HUTCHINSON III
                                                 Arkansas Bar No. 2001115

                                                 THE ASA HUTCHINSON LAW GROUP, PLC
                                                 World Trade Center
                                                 3300 Market Street, Suite 404
                                                 Rogers, AR  72758

                                                 E-mail: ahutchinson@ahlawgroup.com

# Mailing Information for a Case 4:09-cv-00405-JLH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **W. Asa Hutchinson , III**
  ahutchinson@ahlawgroup.com,jplant@ahlawgroup.com

- **Scott E. Poynter**
  scott@emersonpoynter.com,tanya@emersonpoynter.com,swilson@emersonpoynter.com

- **Richard Earl Walden**
  rwalden@waldenlawfirm.com,richwalde@gmail.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`