**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| IRON WORKERS LOCAL NO. 25 PENSION FUND; INDIANA LABORERS PENSION FUND; IRON WORKERS DISTRICT COUNCIL OF WESTERN NEW YORK; VICINITY PENSION FUND; THE NEW JERSEY BUILDING LABORERS PENSION AND ANNUITY FUNDS; and HERB LAIR | PLAINTIFFS |
| v.   No. 4:09CV00405 JLH | |
| PAUL G. ALLEN; ELOISE SCHMITZ; and NEIL SMIT | DEFENDANTS |

## ORDER

Scott E. Poynter, a member of the law firm of Emerson Poynter, LLP, local counsel for The New Jersey Building Laborers Pension and Annuity Funds, has filed a motion for admission *pro hac vice* of Roland Riggs of the law firm of Milberg LLP. The motion is GRANTED. Document #12. Mr. Riggs is hereby admitted to appear before this Court *pro hac vice* as co-counsel for The New Jersey Building Laborers Pension and Annuity Funds in this action.

IT IS SO ORDERED this 21st day of August, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE