**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| IRON WORKERS LOCAL NO. 25 PENSION FUND; INDIANA LABORERS PENSION FUND; IRON WORKERS DISTRICT COUNCIL OF WESTERN NEW YORK; VICINITY PENSION FUND; THE NEW JERSEY BUILDING LABORERS PENSION AND ANNUITY FUNDS; and HERB LAIR | PLAINTIFFS |
| v.   No. 4:09CV00405 JLH | |
| PAUL G. ALLEN; ELOISE SCHMITZ; and NEIL SMIT | DEFENDANTS |

## ORDER

W. Asa Hutchinson III, local counsel for Iron Workers Local No. 25 Pension Fund, Indiana Laborers Pension Fund, Iron Workers District Council of Western New York and Vicinity Pension Fund, has filed motions for admission *pro hac vice* of Stuart A. Davidson, Cullen A. O'Brien, David J. George, and Robert J. Robbins of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP. The motions are GRANTED. Documents #20, #21, #22 and #23. Stuart A. Davidson, Cullen A. O'Brien, David J. George, and Robert J. Robbins are hereby admitted to appear before this Court *pro hac vice* as co-counsel in this action.

IT IS SO ORDERED this 27th day of August, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE