IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HERB LAIR**                                                                                  **PLAINTIFF**

V.        CASE NO. 4:09-cv-405

**PAUL G. ALLEN; ELOISE SCHMITZ;**
**AND NEIL SMIT**                                                                    **DEFENDANTS**

**MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT BY SEPARATE DEFENDANTS ELOISE SCHMITZ AND NEIL SMIT**

Come the separate Defendants, Eloise Schmitz and Neil Smit, by and through Eichenbaum, Liles & Heister, PA, and for their Motion for Extension of Time in Which to Respond to Plaintiff's Complaint, state:

1.    The above referenced separate Defendants are entering this appearance for the sole purpose of seeking an extension of time in which to respond to the complaint of the Plaintiff, reserving all defenses including but not limited to objecting to proper service of process and jurisdiction.

2.    The undersigned counsel has recently been in discussions with representatives of the separate Defendants regarding potential representation. However, due to communication problems, the undersigned counsel has not been able to establish a representation arrangement.

3.    While the separate Defendants are not in a position to submit to the jurisdiction of the Court nor agree that service on them was proper, the purported deadline to respond to the Complaint is Monday, August 31, 2009.

4. Additional time to respond is necessary in order for the separate Defendants to retain counsel. The undersigned has attempted to contact counsel for the Plaintiff in order to reach an agreement for an extension, but his attempts have been unsuccessful at the time of the filing of this motion.

5. This motion is not made for purposes of delay, nor will the Plaintiff be adversely affected by the granting of the motion. The interests of justice are best served by the Court granting this motion.

6. The separate Defendants request additional time to respond to the Plaintiff's Complaint, through and including Thursday, September 10, 2009.

WHEREFORE, the separate Defendants pray that this Court enter and order granting their motion for extension through and including Thursday, September 10, 2009, for their costs herein expended and all other proper relief.

Respectfully submitted,

ELOISE SCHMITZ and NEIL SMIT

/s/ Richard L. Ramsay
By: Richard L. Ramsay (77108)
Eichenbaum, Liles and Heister, P.A.
124 West Capitol, Suite 1900
Little Rock, Arkansas 72201
(501) 376-4531
(501) 376-8433 Fax
rick.ramsay@elhlaw.com

CERTIFICATE OF SERVICE

I, Richard L. Ramsay, do hereby certify that I have sent a copy of the foregoing Motion for Extension of Time to Respond to the Plaintiff's Complaint by Separate Defendants Eloise Schmitz and Neil Smit to all parties by ECF/Electronic Mail on this the 28th day of August 2009.

/s/ Richard L. Ramsay