IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HERB LAIR**                                                                                                   **PLAINTIFF**

V.    **CASE NO. 4:09-cv-405**

**PAUL G. ALLEN; ELOISE SCHMITZ;**
**AND NEIL SMIT**                                                                                               **DEFENDANTS**

**ORDER GRANTING SEPARATE DEFENDANTS' MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Now comes before the Court the Motion for Extension of Time to Respond to the Plaintiff's Complaint filed by separate Defendants, Eloise Schmitz and Neil Smit.

From the statement of counsel and matters before the Court, the Court finds that the separate Defendants' motion should be granted, and that the deadline to respond be extended an additional ten (10) days, to and through Thursday, September 10, 2009.

IT IS SO ORDERED this 31st day of August 2009.

_____
Judge J. Leon Holmes
United States District Judge