UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

WESTERN DIVISION

| | |
|---|---|
| IRON WORKERS LOCAL NO. 25 PENSION FUND; INDIANA LABORERS PENSION FUND; IRON WORKERS DISTRICT COUNCIL OF WESTERN NEW YORK; VICINITY PENSION FUND; THE NEW JERSEY BUILDING LABORERS PENSION AND ANNUITY FUNDS; and HERB LAIR,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL G. ALLEN, ELOISE SCHMITZ; and NEIL SMIT,<br><br>Defendants. | No. 4:09-cv-00405-JLH<br><br><u>CLASS ACTION</u> |

**NOTICE OF WITHDRAWAL OF LEAD PLAINTIFFS'
MOTION TO LIFT STAY AND REOPEN CASE**

PLEASE TAKE NOTICE that Lead Plaintiffs Iron Workers Local No. 25 Pension Fund, Indiana Laborers Pension Fund, and Iron Workers District Council of Western and Vicinity Pension Fund, by and through their undersigned Lead Counsel, hereby withdraw their Motion to Lift Stay and Reopen Case [Dkt. No. 51].[1]

DATED: February 18, 2009

THE ASA HUTCHINSON LAW GROUP, PLC
W. ASA HUTCHINSON III
Arkansas Bar No. 2001115


*/s/ W. Asa Hutchinson III*
W. ASA HUTCHINSON III

World Trade Center
3300 Market Street, Suite 404
Rogers, AR 72758
Telephone: 479/878-1600

*Liaison Counsel for Plaintiffs*

---

[1] Lead Plaintiffs have withdrawn their Motion to Lift Stay and Reopen Case as a result of the entry of an Order dated February 9, 2010 issued by the U.S. Bankruptcy Court, Southern District of New York, in *In re Charter Communications, Inc., et al.*, Case No. 09-11435 (JMP) (Bankr. S.D.N.Y.), which purports to enjoin the prosecution of this case (the "Injunction Order"). Lead Plaintiffs intend to appeal the Injunction Order, and, upon reversal, to prosecute this case. Therefore, notwithstanding anything in this notice of withdrawal, Lead Plaintiffs expressly reserve all rights in connection with the eventual prosecution of this case, and believe that any and all applicable statutes of limitation shall be, as a matter of law, tolled pending the outcome of the appeal of the Injunction Order.

>COUGHLIN STOIA GELLER
>  RUDMAN & ROBBINS LLP
>DAVID J. GEORGE
>STUART A. DAVIDSON
>ROBERT J. ROBBINS
>CULLIN A. O'BRIEN
>120 East Palmetto Park Road, Suite 500
>Boca Raton, FL  33432
>Telephone:  561/750-3000
>561/750-3364 (fax)
>
>*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 18, 2010.

>*/s/W. Asa Hutchinson III*
>W. ASA HUTCHINSON III
>
>THE ASA HUTCHINSON LAW GROUP, PLC
>E-mail:     ahutchinson@ahlawgroup.com

# Mailing Information for a Case 4:09-cv-00405-JLH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James L. Davidson**
  jdavidson@csgrr.com,e_file_fl@csgrr.com

- **Stuart A. Davidson**
  sdavidson@csgrr.com,e_file_fl@csgrr.com

- **David J. George**
  dgeorge@csgrr.com,e_file_fl@csgrr.com

- **W. Asa Hutchinson**
  asa@ahlawgroup.com,ccampbell@ahlawgroup.com

- **W. Asa Hutchinson , III**
  ahutchinson@ahlawgroup.com,jplant@ahlawgroup.com

- **Anton Leo Janik , Jr**
  ajanik@mwlaw.com,rjohnson@mwlaw.com

- **M. Samuel Jones , III**
  sjones@mwsgw.com,dweith@mwsgw.com

- **Cullin A. O'Brien**
  cobrien@csgrr.com,e_file_fl@csgrr.com

- **Scott E. Poynter**
  scott@emersonpoynter.com,tanya@emersonpoynter.com,swilson@emersonpoynter.com

- **Richard L. Ramsay**
  rick.ramsay@elhlaw.com,cramsay@elhlaw.com

- **Roland Riggs**
  rriggs@milberg.com,MAOffice@milberg.com

- **Robert J. Robbins**
  rrobbins@csgrr.com,e_file_fl@csgrr.com

- **Richard Earl Walden**
  rwalden@waldenlawfirm.com,richwalde@gmail.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Cynthia J. Billings**
Sullivan, Ward, Asher & Patton P.C.
Macabees Center
25800 Northwestern Highway
Suite 1000
Southfield, MI 48075-1000

**James I. Jaconette**
Coughlin Stoia Geller Rudman & Robbins LLP-San Diego
655 West Broadway
Suite 1900
San Diego, CA 92101

**Danielle S. Myers**
Coughlin Stoia Geller Rudman & Robbins LLP-San Diego
655 West Broadway
Suite 1900
San Diego, CA 92101

**Andrei Rado**
Milberg LLP
One Pennsylvania Plaza
Suite 4800
New York, NY 10119

**Darren J. Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP-San Diego
655 West Broadway
Suite 1900
San Diego, CA 92101