## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

IRON WORKERS LOCAL NO. 25 PENSION FUND;                          PLAINTIFFS
INDIANA LABORERS PENSION FUND;
IRON WORKERS DISTRICT COUNCIL OF
WESTERN NEW YORK; VICINITY PENSION FUND;
THE NEW JERSEY BUILDING LABORERS
PENSION AND ANNUITY FUNDS; and
HERB LAIR

v.                                        No. 4:09CV00405 JLH

PAUL G. ALLEN; ELOISE SCHMITZ;
and NEIL SMIT                                                    DEFENDANTS

### ORDER

On September 15, 2011, the lead plaintiffs in this action, Iron Workers Local No. 25 Pension

Fund, Indiana Laborers Pension Fund, and Iron Workers District Council of Western New York and

Vicinity Pension Fund, moved that this action be dismissed without prejudice.  The time for response

has expired, and no party has responded.  Therefore, without objection, the motion to dismiss is

GRANTED.  Document #61.  This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 3rd day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE