**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| IRON WORKERS LOCAL NO. 25 PENSION FUND; INDIANA LABORERS PENSION FUND; IRON WORKERS DISTRICT COUNCIL OF WESTERN NEW YORK; VICINITY PENSION FUND; THE NEW JERSEY BUILDING LABORERS PENSION AND ANNUITY FUNDS; and HERB LAIR | PLAINTIFFS |
| v.   No. 4:09CV00405 JLH | |
| PAUL G. ALLEN; ELOISE SCHMITZ; and NEIL SMIT | DEFENDANTS |

**JUDGMENT**

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE